159 So.2d 452

**Julian MURPHY**

v.

**STATE.**

5 Div. 788.

Supreme Court of Alabama.

Dec. 12, 1963.

Rehearing Denied Jan. 16, 1964.

Glenn & Glenn, Opelika, for petitioner.

Richmond M. Flowers, Atty. Gen., and Peter M. Lind, Sp. Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Julian Murphy for certiorari to the Court of Appeals to review and revise the judgment and decision in Murphy v. State, 159 So.2d 449.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.